PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
CYNTHIA B. DE NARDI, CSBN 256770
Special Assistant United States Attorney
     160 Spear Street, Suite 800
     San Francisco, California 94105-2102
     Telephone: (415) 977-8961
     Facsimile: (415) 744-0134
     Email: cynthia.denardi@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| TRISHA MAE SCOTT, | No. 2:15-cv-1557-EFB (TEMP) |
| Plaintiff, | STIPULATION AND ORDER FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

     IT IS HEREBY STIPULATED, by and between Trisha Mae Scott (Plaintiff) and Carolyn W. Colvin, Acting Commissioner of Social Security (the Commissioner or Defendant), through their respective counsel of record, that this action be remanded for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. section 405(g), sentence four.

     On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new hearing and decision. The Appeals Council will instruct the ALJ to explain the

1    weight given to the medical opinion evidence consistent with 20 C.F.R. §§ 404.1527 and

2    416.927, and Social Security Rulings (SSR) 96-2p and 96-5p.

3            The parties further request that the Clerk of the Court be directed to enter a final

4    judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the

5    Commissioner.

6                                            Respectfully submitted,

7

8

9    Date:   May 9, 2016            */s/ Vijay J. Patel*
                                    VIJAY JAGDISH PATEL
10                                  (*email authorization 5/9/16)
                                    Law Office of Lawrence D. Rohlfing
11                                  Attorney for Plaintiff

12

13

14   Date:   May 9, 2016            PHILLIP A. TALBERT
                                    Acting United States Attorney
15

16                          By:    */s/ Cynthia B. De Nardi*
                                    CYNTHIA B. DE NARDI
17                                  Special Assistant United States Attorney

18                                  Attorneys for Defendant

19

20

21                                        ORDER

22          Pursuant to the parties' stipulation, IT IS SO ORDERED.

23   DATED:  May 10, 2016.

24

25                                  EDMUND F. BRENNAN
                                    UNITED STATES MAGISTRATE JUDGE
26

27

28

                                            2