Lawrence D. Rohlfing
Attorney at Law: 119433
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Trisha Mae Scott

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRISHA MAE SCOTT, | ) No. 2:15-cv-01557-DB |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER FOR THE |
| | ) AWARD AND PAYMENT OF ATTORNEY |
| vs. | ) FEES AND EXPENSES PURSUANT TO |
| | ) THE EQUAL ACCESS TO JUSTICE ACT, |
| CAROLYN W. COLVIN, Acting | ) 28 U.S.C. § 2412(d) AND COSTS |
| Commissioner of Social Security, | ) PURSUANT TO 28 U.S.C. § 1920 |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

TO THE HONORABLE EDMUND F. BRENNAN, MAGISTRATE JUDGE OF THE DISTRICT COURT[1]:

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Trisha Mae Scott be awarded attorney fees in the amount of four thousand four hundred nintey-five dollars ($4,495.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and no costs under 28 U.S.C. § 1920.  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

---

[1] On August 9, 2016, the matter was reassigned from the previously assigned Magistrate Judge to the undersigned.  (Dkt. No. 24.)

After the Court issues an order for EAJA fees to Trisha Mae Scott, the government will consider the matter of Trisha Mae Scott's assignment of EAJA fees to Lawrence D. Rohlfing. The retainer agreement containing the assignment is attached as exhibit 1.  Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Trisha Mae Scott, but if the Department of the Treasury determines that Trisha Mae Scott does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Law Offices of Lawrence D. Rohlfing, pursuant to the assignment executed by Trisha Mae Scott.[2]  Any payments made shall be delivered to Lawrence D. Rohlfing.

This stipulation constitutes a compromise settlement of Trisha Mae Scott's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Trisha Mae Scott and/or Lawrence D. Rohlfing including Law Offices of Lawrence D. Rohlfing may have relating to EAJA attorney fees in connection with this action.

///

---

[2] The parties do not stipulate whether counsel for the plaintiff has a cognizable lien under federal law against the recovery of EAJA fees that survives the Treasury Offset Program.

This award is without prejudice to the rights of Lawrence D. Rohlfing and/or the Law Offices of Lawrence D. Rohlfing to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

DATE: July 9, 2016                    Respectfully submitted,

                                              LAW OFFICES OF LAWRENCE D. ROHLFING

                                              /s/ *Lawrence D. Rohlfing*
BY:_____
                                          Lawrence D. Rohlfing
                                          Attorney for plaintiff Trisha Mae Scott

DATED: August 9, 2016              PHILLIP A. TALBERT
                                          Acting United States Attorney

                                              /s/ *Cynthia B. De Nardi*
                                          _____
                                          CYNTHIA B. DE NARDI
                                          Special Assistant United States Attorney
                                          Attorneys for Defendant Carolyn W. Colvin,
                                          Acting Commissioner of Social Security
                                          (Per e-mail authorization)

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated:  August 10, 2016

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
Ddb1\orders.soc sec\scott1557.stip.eaja.ord